UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-2017-DSF (KKx)** | Date | May 15, 2019 |
| Title | *Raul Uriarte-Limon v. RTA North, et al.* | | |

Present: The Honorable    KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present      None Present

**Proceedings:**    **ORDER for Defendant RTA North and Defendant's Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statement**

On April 4, 2019, the Honorable Dale S. Fischer stayed this action and referred the matter for early mediation to be completed no later than June 3, 2019. ECF Docket No. ("Dkt.") 24. On April 23, 2019, Judge Kato issued an Order Regarding Settlement Conference, scheduling the settlement conference for May 20, 2019, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference, i.e. May 13, 2019. Dkt. 26.

The Court received Plaintiff's Confidential Settlement Conference Statement on May 13, 2019. However, the Court did not receive a Confidential Settlement Conference Statement from Defendant RTA North. Hence, on May 14, 2019, Judge Kato's courtroom deputy attempted to contact Defendant's counsel via phone and email. As of this date, however, the Court has not received a response from Defendant's counsel.

The Court, therefore, ORDERS Defendant RTA North and Defendant's counsel, Ara Sahelian, to show cause why they should not be sanctioned in the amount of $1,000 each for their failure to comply with the Court's order. Defendant and Defendant's counsel shall respond in writing to this Order to Show Cause and submit a Confidential Settlement Conference Statement no later than **4:00 p.m. on Thursday, May 16, 2019**.

     **IT IS SO ORDERED.**